

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

**AUSTIN**

GERALD C. MANN
ATTORNEY GENERAL

*Superseded By Art 29d V.C.S.*

Honorable K. D. Hall
County Attorney
Refugio, Texas

Dear Sir:

Opinion No. O-2561
Re: Whether a county clerk
and a district clerk shall
be elected for Refugio
County in the forthcoming
general election, the
preliminary announcement
of the census showing such
county to have a popula-
tion of 10,224 persons.

You request a legal opinion from this department
in answer to the above question. You state in your request
letter that the official preliminary announcement of the
census discloses Refugio County to have a population in ex-
cess of 8,000 persons.

Section 9 of Article V of the Constitution of
Texas provides in part as follows:

"There shall be a clerk for the district
court of each county, who shall be elected by
the qualified voters for the state and county
officers, and who shall hold his office for
two years, * * *"

Corresponding to this constitutional provision
is Article 1894, Revised Civil Statutes, which reads in
part:

"A clerk of the district court of each
county shall be elected at each general elec-
tion for a term of two years. * * *"

Section 20 of Article V of the Constitution of
Texas provides as follows:

"There shall be elected for each county,
by the qualified voters, a county clerk, who
shall hold his office for two years, who shall

Hon. Y. D. Hall, page 2.

be clerk of the County and Commissioners' Courts
and recorder of the county, whose duties, per-
quisites and fees of office shall be prescribed
by the Legislature, and a vacancy in whose of-
fice shall be filled by the Commissioners' Court,
until the next general election for county and
State officers; provided, that in counties hav-
ing a population of less than eight thousand
persons there may be an election of a single
clerk, who shall perform the duties of district
and county clerks."

Corresponding thereto is Article 1935, Revised
Civil Statutes, which reads in part:

"A clerk of the county court of each county
shall be elected at each general election for a
term of two years.   * *"

And Article 1003, Revised Civil Statutes, which
reads:

"JOINT CLERK. - In counties having a popu-
lation of less than eight thousand persons,
according to the preceding federal census, only
one clerk shall be elected.  He shall take the
oath and give the bond required of clerks of
both the district and county courts, and shall
have the powers and perform the duties of such
clerks respectively."

The Constitution and statutes of Texas, therefore,
clearly require that both the county clerk and a district
clerk shall be elected by the qualified voters if the popu-
lation of the county, according to the preceding Federal
census, is 8,000 persons or more.

It was held in the case of HOLCOMB, et al v. SPIKES,
232 SW 891, by the Amarillo Court of Civil Appeals, that a
preliminary announcement of the census by the Director is an
official pronouncement of which the public and all officials
may take notice.  The opinion in this case reads, in part, as
follows:

Hon. X. D. Hall, page 3

"It would seem when the bulletin is so published and distributed it then becomes an official pronouncement of the law, of which the public and all officials may take notice * * * . In this case the undisputed facts show the Census Bureau, under the signature of its Director, issued a bulletin showing before the election the population of Lubbock County to be 11,096. This seems to have been official. This information appears to have been given to leading papers of the state. Under the law this information could have been obtained in no other way than through the Director's official act without violating the law and subjecting the party to a charge of felony * * * ."

To the same effect is the case of IRVIN v. STATE, 44 SW (2d) 380, wherein it was declared:

"The opinion is expressed that the preliminary announcement of the census of the city of Abilene was an official pronouncement. This announcement was made prior to the time the jury commissioners selected the panel from which the jury was drawn. The announcement of the population in the preliminary report should have been the guide of officials whose duty it was to act with reference thereto. * * * ."

Accordingly, you are respectfully advised that Refugio County must elect both a county clerk and a district clerk in the forthcoming general election inasmuch as the official preliminary announcement of the 1940 census discloses such county to have a population of 10,224 persons.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Zollie C. Steakley_
Assistant

APPROVED JUL 25, 1940

_Gerald C. Mann_
ATTORNEY GENERAL OF TEXAS

ZCS:jm

APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN